In re:  
Amanda L Krebs  
    Debtor

Case No. 23-01894-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 26, 2023      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda L Krebs, 1149 W Montgomery Street, Coal Township, PA 17866-3411 |
| 5561580 | | Crdtonebnk, Attn: Account Services, Las Vegas, NV 89193 |
| 5561581 | + | First Inv Sc, 340 Interstate N, Atlanta, GA 30339-2218 |
| 5561583 | | Mc Fcu, Riverside, PA 17868 |
| 5561588 | + | Msnlntab, 101 2nd Street., Suite 350, San Francisco, CA 94105-3669 |
| 5561589 | + | Nationstar/Mr Cooper, 2828 N Harwood St, Dallas, TX 75201-1518 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 18:47:43 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 5561579 | ^ | MEBN | Oct 26 2023 18:39:38 | Coastl/Prosp, 221 Main Street, San Francisco, CA 94105-1906 |
| 5572563 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Oct 26 2023 18:43:00 | First Investors Servicing Corporation, 3065 Akers Mill Rd SE Suite 700, Atlanta, Georgia 30339-3124 |
| 5561582 | | Email/Text: ConsumerAdvocacy@ghllc.com | Oct 26 2023 18:42:00 | Global Holdings, 4343 S. 118th E. Ave., Suite 220, Tulsa, OK 74146 |
| 5568284 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 18:47:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5561584 | | Email/Text: cschmidt@mcfcu.org | Oct 26 2023 18:43:00 | Mc Fcu M/C, 327 Mill Street, Danville, PA 17821 |
| 5561585 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2023 18:47:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5571806 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5561586 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 18:43:00 | Midland Funding, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 5574073 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2023 18:42:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5567059 | | Email/PDF: cbp@omf.com | Oct 26 2023 18:47:27 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5561590 | + | Email/PDF: cbp@omf.com | Oct 26 2023 18:47:41 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5561591 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2023 18:47:35 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5561592 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 26 2023 18:42:00 | Tbom/Fortiva, Po Box 105555, Atlanta, GA |

| Recip ID | | | | |
|---|---|---|---|---|
| 5561593 | + Email/Text: bnc-thebureaus@quantum3group.com | Oct 26 2023 18:42:00 | 30348-5555 The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 | |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5561587 | | Mr. Cooper/Nationstar, 2828 N Harwood St |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Patrick James Best | on behalf of Debtor 1 Amanda L Krebs patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Amanda L Krebs,<br>fka Amanda Stancavage, fka Amanda L Krebs−Stancavage,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 4:23−bk−01894−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 30, 2023<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>1501 N. 6th Street, Harrisburg, PA 17102<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 26, 2023 |

ntcnfhrg (08/21)