IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILLIAMSPORT DIVISION

IN RE: AMANDA L KREBS

CASE NO. 4-23-BK-01894

CLAIM: 4

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, FIRST INVESTORS SERVICING CORPORATION 3065 AKERS MILL RD SE SUITE 700 hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**FIRST INVESTORS SERVICING CORPORATION 3065 AKERS MILL RD SE SUITE 700
ATLANTA, GEORGIA 30339**

To the new address below:

**FIRST INVESTORS SERVICING CORPORATION 3065 AKERS MILL RD SE SUITE 700
c/o Peritus Portfolio Services II LLC
PO BOX 141419
IRVING TX 75014**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough  Date: 6/17/2024
Georgina Yarbrough
Telephone: (866) 831-5954