IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILLIAMSPORT DIVISION

IN RE: AMANDA L KREBS

CASE NO. 4-23-BK-01894

CLAIM: 4

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, FIRST INVESTORS SERVICING CORPORATION hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**FIRST INVESTORS SERVICING CORPORATION**
c/o Peritus Portfolio Svcs II, LLC
PO Box 141419
Irving TX 75014

To the new address below:

**FIRST INVESTORS SERVICING CORPORATION**
c/o Peritus Portfolio Services II, LLC
P.O. Box 1149
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough  Date: 6/26/2025
Georgina Yarbrough
Telephone: (866) 831-5954